Respondent.— Motion for reargument denied. Present — Lazansky, P. J., Young, Carswell and Tompkins, JJ.; Hagarty, J., not voting.

In the Matter of the Application of the CITY OF NEW YORK, Acting by and through the Commissioner of Docks, Relative to Acquiring Right and Title to and Possession of Certain Lands, etc. Byrne Place, Borough of Brooklyn, etc., Parcel 10. WILLIAM ARMBRUSTER and Others, Appellants; THE CITY OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Acting by and through the Commissioner of Docks, Relative to Acquiring Right and Title to and Possession of Certain Lands, etc. Byrne Place, Borough of Brooklyn, etc., Parcel 10. WILLIAM ARMBRUSTER and Others, Appellants; THE CITY OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Acting by and through the Commissioner of Docks, Relative to Acquiring Right and Title to and Possession of Certain Lands, etc. Byrne Place, Borough of Brooklyn, etc., Parcel 10. WILLIAM ARMBRUSTER and Others, Appellants; THE CITY OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Acting by and through the Commissioner of Docks, Relative to Acquiring Right and Title to and Possession of Certain Lands, etc. Byrne Place, Borough of Brooklyn, etc., Parcel 10. WILLIAM ARMBRUSTER and Others, Appellants; THE CITY OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

In the Matter of the Application of WALTER MILLER, Respondent, for an Order of Mandamus against JAMES BURNS, Mayor of the City of Glen Cove, and the CITY COUNCIL OF THE CITY OF GLEN COVE, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

In the Matter of the Application of JACOB WENDRUFF to Continue a Mechanic's Lien against IDA KORENMAN and Others, as Owners, and MOSES HAAS and BUILDING AND STORE MAINTENANCE CORPORATION, as Contractors. JACOB WENDRUFF, Appellant; RUBEN KORENMAN, Respondent.— Motion to dispense with printing granted to the extent of the answers of other defendant lienors, of the summons and notice of trial in the action of Adamo v. Korenman, and of such other papers as may be the subject of stipulation. Motion to extend time to serve and file papers granted upon condition that appellant perfect the appeal for the April term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

WALTER C. KOFOED, an Infant, by WILLIAM A. KOFOED, His Guardian ad Litem, Respondent, v. ADOLPH STEMPEL, Defendant, and FOREST HILLS HAND LAUNDRY, INC., Appellant.— Motion for stay granted and stay continued as provided in the order to show cause. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.